# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-03240-LTB-BNB

TONYA ISENBART,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF KIT CARSON COUNTY, a body corporate and politic,
TOM RIDNOUR, in his individual capacity,
ROBERT FURROW, in his individual capacity, and
WILLIAM KORBELIK, a private citizen,

      Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion for Leave to Amend Caption (Doc 29 - filed March 7, 2012) is **GRANTED**.  The caption in this matter shall reflect the name of the Plaintiff as Tonya Isenbart and the Court will accept Plaintiff's filings under the name of Tonya Isenbart.




Dated:  March 8, 2012

---