IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-03240-LTB

TONYA ISENBART,

    Plaintiff,

v.

KIT CARSON COUNTY, BOARD OF COUNTY COMMISSIONERS, a body corporate and politic,
ROBERT FURROW, in his individual capacity,
WILLIAM KORBELIK, a private citizen, and
TOM RIDNOUR, in his individual capacity,

    Defendants.

___

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on September 25, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motions to Dismiss filed by Defendants Sheriff Tom Ridnour, Undersheriff Robert Furrow, and Defendant Board of County Commissioners of Kit Carson County are GRANTED. It is

FURTHER ORDERED that Plaintiff's federal claim for Violation of Substantive Due Process pursuant to 42 U.S.C. §1983 (First Claim for Relief) is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims – pursuant to 28 U.S.C. § 1367(c)(3) – for Intentional Interference with Contract (Second Claim for Relief);

Intentional Interference with Prospective Business Advantage (Third Claim for Relief); Civil Conspiracy (Fourth Claim for Relief); and Violation of Lawful Off-Duty Activity State pursuant to Colo. Rev. State § 24-34-402.5 (Fifth Claim for Relief).  It is

FURTHER ORDERED that the Motion to Dismiss filed by Defendant William Korbelik is GRANTED.  It is

FURTHER ORDERED that Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

ACCORDINGLY, IT IS FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Kit Carson County, Board of County Commissioners, Robert Furrow, and Tom Ridnour and against Plaintiff Tonya Isenbart, to the extent that the federal claim for relief for Violation of Substantive Due Process pursuant to 42 U.S.C. §1983 is DISMISSED WITH PREJUDICE; and final judgment is hereby entered in favor of Defendants Kit Carson County, Board of County Commissioners, Robert Furrow, Tom Ridnour and William Korbelik and against Plaintiff Tonya Isenbart, to the extent that the state law claims are DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that Defendants Kit Carson County, Board of County Commissioners, Robert Furrow, William Korbelik, and Tom Ridnour shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this  28th  day of September, 2012.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk